UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSHIEKA C. JONES,

       Case No.    11-14972

    Plaintiff,

v.       HONORABLE AVERN COHN

AMERICAN INSTITUTIONAL
MANAGEMENT SERVICES, LLC,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 02, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 2, 2012    By: s/Julie Owens
          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 2, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160